*Instructions for use:*

1. Check the above box "Highlight Fields" to show fields on this form.
2. Complete the form.
3. Print, sign the document, and file with the court.

SEA78122 S/nt request

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON

Heidi C. Miller

____ FILED  ____ ENTERED
____ LODGED  ____ RECEIVED

MAY 12 2016   DJ

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                           DEPUTY

Plaintiff(s)

vs.

Seattle Police Department

**COMPLAINT**

**16 CV-00680 RSL**

Defendant(s),

## Parties to this Complaint:

**Plaintiff's Name, Address and Phone Number**

Heidi Catherine Miller
215 10th Avenue East
Seattle, Washington
98102
206-637-1154

**Defendant's Name, Address and Phone Number**

SEATTLE POLICE DEPARTMENT
Headquarters: 610 5th Avenue,
Seattle, WA 98124-4986
(206) 625-5011

**Defendant's Name, Address and Phone Number**

Victoria Faine
Last known address, The Josephinum, 1900 Second Avenue, #410, Seattle, Washington 98101

Mildred Boyd
Last known address, Bakhita Gardens, 118 Bell Street, Seattle, Washington 98121

1  Defendant's Name, Address and Phone Number

2  Rebecca - employee at Seattle Central
3  Community College.
4

5  (If you have more defendants, list them using the same outline on another piece of paper.
   Attach additional sheets, if necessary)

6
## Jurisdiction
7  (Reason your case is being filed in federal court)

8  Case number 2:12-cv-01282-JLR filed with this Court by the UNITED STATES ATTORNEY, 700 Stewart Street,
   Suite 5220, Seattle, WA 98101-1271, (206) 553-7970, has already established findings by the United States
9  Department of Justice, that Seattle Police Department "engage in patterns or practices of using unlawful
   force that systematically deny the people of Seattle their constitutional rights." I believe that information
10  satisfies jursidiction.

11
## Statement of Claim:
12  (State here as briefly as possible the facts of your case.)

13
14  I used to work for a woman named Larada Ward, on Bainbridge Island, Washington. At that time, Larada was dating a police officer by the name of Bill Cook. I believe the year was 1988-89.
   One day, Larada told me that she could not pay me as usual on Friday. She asked me to stop by on Saturday, as she would then be able to pay me.
15  I stopped by on the appointed Saturday. The front door was ajar. There was a sticky note on the door that said "Come Inside".
16  I walked inside. There was no one around. Larada called to me from upstairs. She was in her bedroom. Bill was in her bedroom with her. Larada called out to me. She told me that Bill wanted to pat my butt. I told her something, I can't remember what. I made some comment that he could pat her butt. Then I left.
17  After this event, Larada began coming home from work drunk. She was rude to me. She insulted me. She was frequently late.
18  The last straw for me was her son Tristans' birthday. Brandon had temper tantrums all day. He demanded a cake for himself. Larada told me to drive Brandon and his friend to the store to get Brandon a cake. All the way
19  there in the car Brandon called me a bitch. We got to the store, bought the cake, and Brandon did not calm down. He continued to be verbally abusive.
   Instead of taking him back to the house, I took him to the beach. After an hour at the beach, Brandon had
20  calmed down. I drove the boys back home. When I got back to the house, Larada began yelling at me. She told me that I was supposed to bring Brandon home immediately, and that I was supposed to help hold up a
21  piñata. Larada told me that she was depending on me to hold the piñata stickShe had never told me that I was supposed to return to hold a pinata stick. She made it sound like I had ruined the birthday party. Larada continued to yell at me for about a half hour. Then I left the house.
22  That was when I decided to quit. Larada had been condescending to me the entire time that I had worked for her. Brandon in particular was very rude to me. He and his friend got the dog to jump up on my car and
23  scratch the paint on the front of the car.
   I believe the only reason Larada treated me like this is because I refused to have sex with her.
24

25

26

## Statement of Claim
(continued):

I did not do anything wrong. I never once committed any crime against any one of these family members. I worked very hard for them and tried to be the best nanny, and set the best example I could for these children. This is one of at least five incidents over the last 30 years, in which local police officers have propositioned me for sex, or tried to set me up in some kind of sex sting, or have harassed me for no lawful reason. It is one of at least five incidents in which I have witnessed police breaking the law, and I was left not knowing how to proceed. I did nothing wrong.

A judge in Kitsap County granted Detective Grant Romaine legal permission to continue to investigate me with secret cameras in my living quarters in 2006. This was after I was raped; I called Poulsbo police for help, Detective Grant Romain called me asking me out on a date, and when I refused to date him, he harassed me daily by telephone.

Furthermore, there is a priest by the name of Mr. Ward at Saint James Cathedral in Seattle. The first time I saw him was at Bremertons Catholic Church, Star of the Sea. He made a comments during mass that lead me to believe he had followed me to Rome. Then, two more times during mass at Saint James, Mr. Ward made comments that lead me to believe that he is stalking me. The first comment was a veiled death threat. Father Ward alluded to my living with my father, and accused me, from the pulpit, of having sex with my father, and that the only reason I had moved in with my father was to have an affair with him and steal his money. This was in fact not happening.

Then, Father Ward, from the pulpit again, made comments about homosexuals, and the things that they think about, alluding to sexual thoughts. What he said was that people are born homosexual, that they think homosexual thoughts, and that that is not a sin. He went on to talk about research that doctors have done into the thoughts that people think. Father Ward carried on speaking about this for so long, and in such great detail, I came to the conclusion that he, and most likely a group of people working with him, are reading our thoughts. It did not appear to be a coincidence that he spoke of these things while I was there. It appeared to me to be a deliberate act on his part, as if it were aimed at me.

Then, one day in 2013, my father and I were on our knees in the street after my fathers' truck had broken down here in Seattle. Father Ward drove past us in his Porche, and honked his horn in our faces. I think Father Ward is related to Larada Ward.

I do not believe that these episodes are a coincidence. I believe that local police are stalking me, that they are actively engaging in a campaign of malicious harassment against myself, and that their sole purpose is to humiliate, frighten, and entrap me into breaking the law.

I testified against a police officer in Poulsbo in 1998. The case was won by Renee Greenway because of my testimony. I did not lie on the witness stand. I told the truth, and I would be happy to testify again if needed. In this case, a police officer beat Renee Greenway down to the ground.

Furthermore, I believe, because of the clues, that my now ex-husband Michael Webster Hill, had some knowledge of the events of that night the police officer beat Renee Greenway. Michael Webster Hill did not reveal this to me until years later. I believe that he knew where Renee Greenway was going that night, and that Michael and his family were spying on Renee.

Michael told me later that Renee had a date that night. I never understood how he knew that. At the time that he told me this, I thought he was joking. It later occurred to me that Michael knew that Renee was cheating on her husband, and that the police officer probably beat her up because she was on her way to meet a date. In other words, the officer was punishing her for cheating on her husband. Michael Webster Hill and his family have a dispatcher for their moving service, and I am jumping to the conclusion that the people who work the dispatch system are stalking and surveilling the public, and that they work together like gangs to do pretty much whatever they want, and that the police are involved in this behavior. I did not put all these clues together until years after the events.

It was not until years later when Michael made comments, and told me more information in private, that I concluded that he and his family are spying on people, and that they engage in criminal behavior without punishment by the court system, because they are conspiring with certain employees of the courts and the police force.

Furthermore, I think the local police are controlling me with a computer program. I believe this because of evidence I have witnessed. I watched as a woman named Vickie Faine, a bi-sexual prostitute, appeared to be controlling me with her computer. Furthermore, while on campus at Seattle Central Community College, I overheard an employee make a comment that I knew they were controlling me, and that she could not talk because I was present.

**Relief:**
(State briefly exactly what you want the court to do for you)

I can't collect evidence against these people, because they are controlling me against my will. I cant investigate them without committing a crime. I can not even so much as think a thought without them finding out about it. They control everything I do. They are also torturing me every day. They manipulate my genitals. They control every one of my bodily functions. They break into my apartment. They spy on me. They follow me and harass me everywhere I go. They steal my money, my ideas, my work. I am suicidal because of this police torture and malicious harassment.

I have already tried to hire detectives myself. Three detectives have refused to help me. I have tried hiring lawyers. They refuse to help me as well. I have tried calling the district court house at 3rd and James to ask for an attorney. I have to commit a crime to qualify for a court appointed attorney, but I have not committed any crime, so the court employees says they can't help me.

I want the Federal Court to compel a detective to help me investigate this matter. I want the Federal Court to order an attorney to represent me.

I do not believe that this case will be solved quickly, nor would I wish it so. I have been suffering tortured by this gang of people for 47 years. This gang of police officers have tortured my children, my pets, my siblings, and my friends. I want to proceed slowly, so that all the facts are illuminated.

**Jury Demand:**
(Optional)

I demand a jury trial. On at least two different occasions in the last two years, Seattle vendors have attempted to entrap me into signing a contract with them, waiving my rights to a jury trial.

5/12/2016
~~5/2/2016~~
Date

Heidi C. Miller
Signature of Plaintiff