UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HEIDI C. MILLER,

            Plaintiff,

     v.

SEATTLE POLICE DEPARTMENT, *et al.*,

            Defendants.

CASE NO. C16-0680RSL

ORDER OF DISMISSAL

On May 12, 2016, plaintiff filed a complaint against the Seattle Police Department, Victoria Faine, Mildred Boyd, and "Rebecca - employee at Seattle Central Community College." Dkt. # 1. Plaintiff makes vague and/or implausible allegations of wrongdoing against the named defendants and requests that "the Federal Court to compel a detective to help me investigate this matter." Dkt. # 1 at 3-4. After reviewing the complaint, the Court noted that the judiciary has no investigative powers and, absent an existing case or controversy between the parties, no jurisdiction to compel an investigation so that plaintiff can search for evidence of a wrong.

    Plaintiff was given leave to file an amended complaint which clearly and concisely identifies each defendant and sets forth facts (as opposed to speculation or conjecture) that give rise to a plausible inference that the defendants violated plaintiff's legal rights. Plaintiff was warned that failure to submit an adequate complaint would

ORDER OF DISMISSAL            1

1  result in the dismissal of this action. No amended complaint having been filed in the
2  time specified, the above-captioned matter is hereby DISMISSED.

3

4       DATED this 21st day of June, 2016.

5

6

7                                              /s/ Robert S. Lasnik
                                               Robert S. Lasnik
8                                              United States District Judge

ORDER OF DISMISSAL            2